AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL C. RADVANYI,

*Plaintiff*

v.

SUPERIOR COURT JUDGE STINE,

*Defendant*

Civil Action No. 2:19-cv-00379-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed without prejudice for failure to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.
The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr.

Date: 1/27/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore